# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-1300

———————————————

MARY ROSS,

Appellant,

v.

TRINA CASON,

Appellee.

———————————————

On appeal from the Circuit Court for Levy County.
David P. Kreider, Judge.

September 6, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Sonya Rudenstine, Gainesville, for Appellant.

Jennifer Cates Lester of Dell Salter, Gainesville, for Appellee.